STRONG *against* PLATNER AND OTHERS, Executors of PLATNER.

*Stokes
v.
Campbell.*

E. WILLIAMS moved for a new trial, on the ground of newly discovered evidence; and for the misconduct of a juror.

B. F. *Butler*, contra, offered counter affidavits.

*Williams*, said this being a calendar motion, counter affidavits should not be read, unless served upon the party moving. That the affidavits offered had not been served.

SUTHERLAND, J. We held at the last term that on moving to set aside the report of referees, upon the merits, which is a calendar motion, counter affidavits might be read without being served; and

*Per Curiam.* There is no difference in this respect, between enumerated and non-enumerated motions.

The affidavits were read accordingly.

*On a motion for a new trial on account of newly discovered evidence, or to set aside the report of referees upon the merits, and other enumerated motions founded upon affidavit, counter affidavits may be read without being previously served on the party moving.*